IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| HALLMARK SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>PHOENIX C&D RECYCLING, INC.,<br><br>Defendant/Counterclaimant. | CASE NO.: 4:18-cv-00443<br><br>NOTICE OF ISSUANCE OF SUBPOENA DUCES TECUM |

To: Michael W. Thrall
Matthew A. McGuire
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
mwt@nyemaster.com
mmcguire@nyemaster.com

Rebecca R. Weinreich
Stephen V. Kovarik
Angela A. Zanin
LEWIS BRISBOIS BISGAARD & SMITH, LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Rebecca.Weinreich@lewisbrisbois.com
Stephen.kovarik@lewisbrisbois.com
Angela.Zanin@lewisbrisbois.com

Seth I. Weinstein
LEWIS BRISBOIS BISGAARD & SMITH, LLP
77 Water Street, Suite 2100
New York, NY 10005
Seth.Weinstein@lewisbrisbois.com

YOU ARE HEREBY NOTIFIED that a Subpoena Duces Tecum will be served on the following entities requesting records as outlined in the attached copies of the subpoenas:

Lowers Forensics International
30 Montgomery St., Suite 1300
Jersey City, NJ 07302

Cherokee Machinery Consultants
c/o Larry Baxter
2504 Quarles Rd.
Rocky Face, GA 30740

Sedgwick Claims Management Services Inc.
c/o David A. North Jr.
1100 Ridgeway Loop
Memphis, TN 38120

**PATTERSON LAW FIRM, L.L.P.**
505 5th Avenue, Suite 729
Des Moines, IA  50309
Phone:  515-283-2147
FAX:    515-283-1002
E-mail:  mjones@pattersonfirm.com
E-mail:  jhutchinson@pattersonfirm.com

By: */s/ Michael S. Jones*
    Michael S. Jones AT0003975

By: */s/ Jordan R. Hutchinson*
    Jordan R. Hutchinson AT0013422
**ATTORNEYS FOR DEFENDANT,
PHOENIX C&D RECYCLING, INC.**

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the document attached was served upon all parties to the above cause to each of the attorneys of record or an unrepresented party herein at their respective addresses disclosed on this pleading on August 3, 2019.

By:
☒ U.S. Mail   ☐ Email
☐ Hand Delivered   ☐ Fax
☐ Electronically Mailed by District Court   ☒ Electronically Mailed by CM/ECF

Signature: *Kelly J. Perry*

2