**Attachment A**

Fees of the Clerk

| 11/13/2018 | United States District Court | Filing Fee | $400 |
| 1/15/2019 | United States District Court | Filing Fee / Pro Hac Vice Application – Rebecca R. Weinreich | $100 |
| 1/15/2019 | United States District Court | Filing Fee / Pro Hac Vice Application – Stephen V. Kovarik | $100 |
| 7/29/2019 | United States District Court | Filing Fee / Pro Hac Vice Application – Angela Zanin | $100 |
| 8/12/2019 | United States District Court | Filing Fee / Pro Hac Vice Application – Seth Weinstein | $100 |

**Katie J. Carroll**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, November 13, 2018 3:26 PM |
| **To:** | Katie J. Carroll |
| **Subject:** | Pay.gov Payment Confirmation: IASD CM ECF |

[External Email] This message was sent from outside the firm. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the Help Desk at 515-284-6388.

Application Name: IASD CM ECF
Pay.gov Tracking ID: 26DFR94G
Agency Tracking ID: 0863-3648755
Transaction Type: Sale
Transaction Date: Nov 13, 2018 4:26:01 PM

Account Holder Name: Angel A. West
Transaction Amount: $400.00
Card Type: MasterCard
Card Number: ************3790

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

1

27565-131
American Hallmark Insurance Group
In Re Phoenix C&D Recycling Inc
Date:        1/15/19
WIP Seq#:

Amount:                    100.00
                     619,092,450

Vendor:            94005  Comerica Commercial Card Services
Voucher:        2383713  Distribution
Doc ID:    0002?RCQ  Page        5753055  Distribution Level
                                7

CM/ECF - U.S. District Court:iasd                                        Page 1 of 1

27565/31

**Motions**

4:18-cv-00443-JAJ-SBJ Hallmark Specialty Insurance Company v. Phoenix C & D Recycling, Inc.; et al.

## U.S. District Court

### Southern District of Iowa

#### Notice of Electronic Filing

The following transaction was entered by Weinreich, Rebecca on 12/7/2018 at 3:14 PM CST and filed on 12/7/2018

Case Name:      Hallmark Specialty Insurance Company v. Phoenix C & D Recycling, Inc.; et al.
Case Number:    4:18-cv-00443-JAJ-SBJ
Filer:          Hallmark Specialty Insurance Company
Document Number: 5

Docket Text:
**MOTION for Leave to Appear Pro Hac Vice Receipt Number: 0863-3670568 Fee paid in the amount of $100. by Hallmark Specialty Insurance Company. (Weinreich, Rebecca)**

**4:18-cv-00443-JAJ-SBJ Notice has been electronically mailed to:**

Michael S Jones   mjones@pattersonfirm.com, rlimke@pattersonfirm.com

Michael W Thrall   mwt@nyemaster.com, docketing@nyemaster.com

Rebecca R. Weinreich   rebecca.weinreich@lewisbrisbois.com, jeanne.ideno@lewisbrisbois.com

**4:18-cv-00443-JAJ-SBJ Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1077055697 [Date=12/7/2018] [FileNumber=2695568-0
] [4aceb4263789667120880ffc5c7ecd5d8f854803051f1a9afe0cd38395458cd61a7
323176bdb3d8071f7f19c942be2b2fa709986cb41f6479a3a0a756113ba12]]

1454

https://ecf.iasd.uscourts.gov/cgi-bin/Dispatch.pl?575671950856427                  12/7/2018

27565-131
American Hallmark Insurance Group
In Re Phoenix C&D Recycling Inc
Date:           1/15/19
WIP Seq#:    619,091,930

Amount:         100.00

Vendor:          94005   Comerica Commercial Card Services
Voucher:         2383695   Distribution
Doc ID:          00027RIG   Page   10          5752963   Distribution Level

**Sanchez, Loreta**                                                27565-131

From:           notification@pay.gov
Sent:           Friday, December 07, 2018 2:02 PM
To:             Sanchez, Loreta; Iceno, Jeanne
Subject:        [EXT] Pay.gov Payment Confirmation: IASD CM ECF

External Email

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish
to cancel this payment, please contact the Help Desk at 515-284-6388.

Application Name: IASD CM ECF
Pay.gov Tracking ID: 26E031TB
Agency Tracking ID: 0863-3670670
Transaction Type: Sale
Transaction Date: Dec 7, 2018 5:02:05 PM

Account Holder Name: Stephen Kovarik
Transaction Amount: $100.00
Card Type: MasterCard
Card Number: ************3551

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Motion Pro Hac
vice
27565-131

1244

004

**Katie J. Carroll**

**From:**       notification@pay.gov
**Sent:**       Monday, July 29, 2019 3:57 PM
**To:**         Michael W. Thrall; Katie J. Carroll
**Subject:**    Pay.gov Payment Confirmation: IASD CM ECF

[External Email] This message was sent from outside the firm. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the Help Desk at 515-284-6388.

Application Name: IASD CM ECF
Pay.gov Tracking ID: 26J5111A
Agency Tracking ID: 0863-3880385
Transaction Type: Sale
Transaction Date: Jul 29, 2019 4:56:36 PM

Account Holder Name: Michael Thrall
Transaction Amount: $100.00
Card Type: MasterCard
Card Number: ***********6423

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Dkt. #28
Pro Hac Vice Admissions  - Angela Zanin

1

**Katie J. Carroll**

| From: | notification@pay.gov |
|---|---|
| Sent: | Monday, August 12, 2019 2:44 PM |
| To: | Michael W. Thrall; Katie J. Carroll |
| Subject: | Pay.gov Payment Confirmation: IASD CM ECF |

[External Email] This message was sent from outside the firm. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the Help Desk at 515-284-6388.

Application Name: IASD CM ECF
Pay.gov Tracking ID: 26JEM440
Agency Tracking ID: 0863-3892784
Transaction Type: Sale
Transaction Date: Aug 12, 2019 3:43:44 PM

Account Holder Name: Michael Thrall
Transaction Amount: $100.00
Card Type: MasterCard
Card Number: ************6423

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Dkt # 30
Pro Hac Vice Admissions — Seth Weinstein

1

**Attachment B**

Fees for Printed or Electronically Recorded Transcripts Used in Connection with the Parties Cross Motions for Summary Judgment (Docket Nos. 38 and 42)

| | | | |
|---|---|---|---|
| 6/19/2019 | Susan Frye Court Reporting | Transcript for Deposition of Steven Howard | $356.10 |
| 6/21/2019 | Susan Frye Court Reporting | Transcript for Deposition of Marvin Debner | $159.10 |
| 7/1/2019 | Huney-Vaughn Court Reporters | Transcript for Deposition of Robert Colosimo | $1,503.92 |
| 7/2/2019 | Huney-Vaughn Court Reporters | Transcript for Deposition of Anthony James Colosimo (Day 1) | $561.24 |
| 7/3/2019 | Huney-Vaughn Court Reporters | Transcript for Deposition of Christopher Reynolds | $821.16 |
| 8/8/2019 | Magna Legal Services | Transcript and Exhibits for Deposition of Rodey Warren Miner | $816.05 |
| 9/12/2019 | Magna Legal Services | Transcript for Deposition of PMK of Holmes, Murphy & Associates (Gerald Johnson) | $587.05 |
| 10/8/2019 | Susan Frye Comi Reporting | Transcript for Deposition of Bryan C. Jones | $652.40 |
| 10/9/2019 | Magna Legal Services | Transcript for Deposition of Tony Colosimo (Day 2) | $292.46 |
| 10/10/2019 | Magna Legal Services | Transcript for Deposition of Bill Van Cleave | $252.20 |
| 10/10/2019 | Magna Legal Services | Transcript for Deposition of Paul Norica | $1,175.69 |
| 10/11/2019 | Magna Legal Services | Transcript and Exhibits for Deposition of Douglas W. Strawn | $455.62 |

## Susan Frye Court Reporting

300 Walnut St. # 36  
Des Moines, IA 50309-2224

**SF**

Ph: 515-284-1972  
susanfryecourtreporting.com

# INVOICE

LEWIS BRISBOIS BISGAARD & SMITH, LLP  
ATTN: Stephen V. Kovarik, Esq.  
633 West Fifth Street  
Suite 4000  
Los Angeles, CA  90071

| | |
|---|---|
| **Invoice Number:** | **410332** |
| Invoice Date: | 06/24/2019 |
| Job Number: | 109130 |

In Re:  Hallmark Specialty Insurance Company vs. Phoenix C&D Recycling, Inc., et al.  
Witness(s): Steven Howard  
Attendance Date: 06/19/2019, 1:30 p.m.  
Reporter: Jessi Lass

| Description | Ext |
|---|---|
| Electronic Copy of Steven Howard | 300.00 |
| Exhibits (Scanned) | 56.10 |

| | |
|---|---|
| Invoice Total: | 356.10 |
| Payments: | 356.10 |
| Total Amount Due: | 0.00 |

---

PAYMENT DUE UPON RECEIPT OF INVOICE. WE APPRECIATE YOUR PROMPT  
PAYMENT AND THANK YOU FOR YOUR CONTINUED BUSINESS.

---

Tax ID: 39-1879180

*Susan Frye Court Reporting*

300 Walnut St. # 36   (SF)   Ph: 515-284-1972
Des Moines, IA 50309-2224        susanfryecourtreporting.com

# INVOICE

LEWIS BRISBOIS BISGAARD & SMITH, LLP
ATTN: Stephen V. Kovarik, Esq.
633 West Fifth Street
Suite 4000
Los Angeles, CA  90071

| | |
|---|---|
| **Invoice Number:** | **410380** |
| Invoice Date: | 06/28/2019 |
| Job Number: | 109131 |

In Re:  Hallmark Specialty Insurance Company vs. Phoenix C&D Recycling, Inc., et al.
Witness(s): Marvin Debner
Attendance Date: 06/21/2019, 9:00 a.m.
Reporter: Emily Maiers

| Description | Ext |
|---|---|
| Electronic Copy of Marvin Debner | 148.00 |
| Exhibits (Scanned) | 11.10 |
| Invoice Total: | 159.10 |
| Payments: | 159.10 |
| Total Amount Due: | 0.00 |

PAYMENT DUE UPON RECEIPT OF INVOICE. WE APPRECIATE YOUR PROMPT
PAYMENT AND THANK YOU FOR YOUR CONTINUED BUSINESS.

Tax ID: 39-1879180

009



317 6th Avenue, Suite 200
Des Moines, IA 50309
Phone: 515-288-4910

# INVOICE

| | |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP | **Invoice Number:** 106915 |
| ATTN: Stephen Kovarik | Invoice Date: 07/22/2019 |
| 633 West 5th St. | Job Number: 106676 |
| Suite 4000 | |
| Los Angeles, CA 90071 | |

In Re:   Hallmark Specialty INS vs Phoenix C&D Recycling
Witness(s): Robert Colosimo
Attendance Date: 07/01/2019, 9:00 a.m.

Description

**Court Reporter**
Attendance Fee-Video
Videotaped Deposition (pages)
Scanned Exhibits
UPS Charges
Read & Sign
Read & Sign Copy

Subtotal:   1503.92

**Videography**
Videographer-setup/teardown fee
Videographer-Each additional hour (1 hour minimum)
Synchronized per hour
Sales Tax
UPS Charges

Subtotal:   1251.71

Invoice Total:   2755.63

Payment due upon receipt of invoice.
We appreciate your business.

Tax ID: 42-1431692

010



HUNEY-VAUGHN
COURT REPORTERS, LTD.

317 6th Avenue, Suite 200
Des Moines, IA 50309
Phone: 515-288-4910

# INVOICE

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: Stephen Kovarik
633 West 5th St.
Suite 4000
Los Angeles, CA  90071

| | |
|---|---|
| **Invoice Number:** | **106917** |
| Invoice Date: | 07/22/2019 |
| Job Number: | 106677 |

In Re:   Hallmark Specialty INS vs Phoenix C&D Recycling
Witness(s): Anthony James Colosimo
Attendance Date: 07/02/2019, 9:00 a.m.

Description

**Court Reporter**
Attendance Fee-Video
Videotaped Deposition (pages)
Scanned Exhibits
UPS Charges

Subtotal:    561.24

**Videography**
Videographer-Each additional hour (1 hour minimum)
Synchronized per hour
Sales Tax

Subtotal:    475.11

Invoice Total:    1036.35

Payment due upon receipt of invoice.
We appreciate your business.

Tax ID: 42-1431692


HUNEY-VAUGHN
COURT REPORTERS PLC

317 6th Avenue, Suite 200
Des Moines, IA 50309
Phone: 515-288-4910

# INVOICE

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: Stephen Kovarik
633 West 5th St.
Suite 4000
Los Angeles, CA 90071

| | |
|---|---|
| **Invoice Number:** | **106919** |
| Invoice Date: | 07/23/2019 |
| Job Number: | 106678 |

In Re:   Hallmark Specialty INS vs Phoenix C&D Recycling
Witness(s): Christopher Reynolds, Darrell Raduechel
Attendance Date: 07/03/2019, 9:00 a.m.

Description

**Court Reporter**

**Christopher Reynolds**
Attendance Fee-Video
Videotaped Deposition (pages)
Scanned Exhibits
Read & Sign
Read & Sign Copy

Subtotal:      821.16

**Darrell Raduechel**
Attendance Fee-Video
Videotaped Deposition (pages)
Read & Sign
Read & Sign Copy
UPS Charges

Subtotal:      213.40

**Videography**

**Christopher Reynolds**
Videographer-Each additional hour (1 hour minimum)
Synchronized per hour (Raduechel & Reynolds)

Subtotal:      626.25

**Darrell Raduechel**
Videographer-Each additional hour (1 hour minimum)
Sales Tax

Subtotal:      112.05

Invoice Total:      1772.86

---

Payment due upon receipt of invoice.
We appreciate your business.

# INVOICE

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA  19103
Phone:866-624-6221   Fax:215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 531199 | 8/30/2019 | 501489 |

| Job Date | Case No. | |
|---|---|---|
| 8/8/2019 | | |

| Case Name | |
|---|---|
| Hallmark Specialty Insurance v. Phoenix C & D Recycling, Inc., et al. | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Lynn Menschenfreund
Hallmark Financial Services, Inc.
13727 Noel Road, Galleria North Tower II
Suite 1000
Dallas, TX 75240

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Rodney Warren Miner | 185.00 Pages | @ | 3.88 | 717.80 |
| Exhibit | 655.00 Pages | @ | 0.15 | 98.25 |
| Attendance (Complimentary) | 6.00 | @ | 0.00 | 0.00 |
| Depo Disc/Lit Package (Complimentary) | | | 0.00 | 0.00 |
| Shipping | | | 25.00 | 25.00 |
| | | **TOTAL DUE >>>** | | **$841.05** |

Claim No.        : 7320IA065777
Location of Job  : Des Moines, IA
Ordered By       : Angela Zanin, Esq.
                   Lewis Brisbois Bisgaard & Smith LLP
                   U.S. Bank Tower
                   633 W. Fifth Street
                   Suite 4000
                   Los Angeles, CA 90071

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**Tax ID:** 20-8474245                                                        Phone: 214-793-5055    Fax:

*Please detach bottom portion and return with payment.*

Lynn Menschenfreund
Hallmark Financial Services, Inc.
13727 Noel Road, Galleria North Tower II
Suite 1000
Dallas, TX 75240

Job No.      : 501489          BU ID        : Hallmark
Case No.     :
Case Name    : Hallmark Specialty Insurance v. Phoenix C & D
               Recycling, Inc., et al.

Invoice No.  : 531199          Invoice Date : 8/30/2019
**Total Due**    : **$0.00**

**PAYMENT WITH CREDIT CARD**      AMEX    [ ]    VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____   Phone#: _____

Billing Address: _____

Zip: _____   Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:    **Magna Legal Services LLC**
             **P.O. Box 822804**
             **Philadelphia, PA  19182-2804**

# I N V O I C E

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA  19103
Phone:866-624-6221   Fax:215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 531199 | 8/30/2019 | 501489 |
| **Job Date** | **Case No.** | |
| 8/8/2019 | | |
| **Case Name** | | |
| Hallmark Specialty Insurance v. Phoenix C & D Recycling, Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Lynn Menschenfreund
Hallmark Financial Services, Inc.
13727 Noel Road, Galleria North Tower II
Suite 1000
Dallas, TX  75240

|  |  |
|---|---|
| (-) Payments/Credits: | 841.05 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **0.00** |

**Tax ID:** 20-8474245

Phone: 214-793-5055   Fax:

*Please detach bottom portion and return with payment.*

Lynn Menschenfreund
Hallmark Financial Services, Inc.
13727 Noel Road, Galleria North Tower II
Suite 1000
Dallas, TX  75240

| | | | | |
|---|---|---|---|---|
| Job No. | : 501489 | BU ID | : Hallmark | |
| Case No. | : | | | |
| Case Name | : Hallmark Specialty Insurance v. Phoenix C & D Recycling, Inc., et al. | | | |
| Invoice No. | : 531199 | Invoice Date | : 8/30/2019 | |
| **Total Due** | : **$0.00** | | | |

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA  19182-2804**

**PAYMENT WITH CREDIT CARD** 

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____   Phone#: _____

Billing Address: _____

Zip: _____   Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# I N V O I C E

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA  19103
Phone:866-624-6221   Fax:215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 547623 | 10/30/2019 | 507012 |
| **Job Date** | **Case No.** | |
| 9/12/2019 | | |
| **Case Name** | | |
| Hallmark Specialty Insurance v. Phoenix C & D Recycling, Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

HSU Claims
Hallmark Financial Services*
777 Main Street, Suite 1000
Ft Worth, TX  76102

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| PMK of Holmes, Murphy & Associates | 130.00 Pages | @ | 3.88 | 504.40 |
| Exhibit | 551.00 Pages | @ | 0.15 | 82.65 |
| Attendance (Complimentary) | 4.00 | @ | 0.00 | 0.00 |
| Depo Disc/Lit Package (Complimentary) | | | 0.00 | 0.00 |
| Shipping | | | 19.95 | 19.95 |
| | **TOTAL DUE  >>>** | | | **$607.00** |

Adjuster Name        :  Lynn Menschenfreund
Client Matter No.    :  27565-131
Claim No.            :  7320IA065777
Location of Job      :  Des Moines, IA
Ordered By           :  Rebecca R. Weinreich, Esq.
                        Lewis Brisbois Bisgaard & Smith LLP
                        U.S. Bank Tower
                        633 W. Fifth Street
                        Suite 4000
                        Los Angeles, CA 90071

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

**Tax ID:** 20-8474245                                                    Phone: 210-949-9109   Fax:

*Please detach bottom portion and return with payment.*

HSU Claims
Hallmark Financial Services*
777 Main Street, Suite 1000
Ft Worth, TX  76102

| | | | | |
|---|---|---|---|---|
| Job No. | : 507012 | BU ID | : Hallmark |
| Case No. | : | | |
| Case Name | : Hallmark Specialty Insurance v. Phoenix C & D Recycling, Inc., et al. | | |
| Invoice No. | : 547623 | Invoice Date | : 10/30/2019 |
| **Total Due** | : **$0.00** | | |

**PAYMENT WITH CREDIT CARD**            AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:   **Magna Legal Services LLC
            P.O. Box 822804
            Philadelphia, PA  19182-2804**

015

# I N V O I C E

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA  19103
Phone:866-624-6221  Fax:215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 547623 | 10/30/2019 | 507012 |
| **Job Date** | **Case No.** | |
| 9/12/2019 | | |
| **Case Name** | | |
| Hallmark Specialty Insurance v. Phoenix C & D Recycling, Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

HSU Claims
Hallmark Financial Services*
777 Main Street, Suite 1000
Ft Worth, TX  76102

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| (-) Payments/Credits: | 607.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **0.00** |

**Tax ID:** 20-8474245

Phone: 210-949-9109   Fax:

*Please detach bottom portion and return with payment.*

HSU Claims
Hallmark Financial Services*
777 Main Street, Suite 1000
Ft Worth, TX  76102

Job No.       : 507012        BU ID        : Hallmark

Case No.      :

Case Name   : Hallmark Specialty Insurance v. Phoenix C & D
                    Recycling, Inc., et al.

Invoice No.   : 547623        Invoice Date  : 10/30/2019

**Total Due   :  $0.00**

| PAYMENT WITH CREDIT CARD | AMEX | DISC | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:           Phone#: | | | |
| Billing Address: | | | |
| Zip:           Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To:   **Magna Legal Services LLC
P.O. Box 822804
Philadelphia, PA  19182-2804**

# *Susan Frye Court Reporting*

300 Walnut St. # 36          Ph: 515-284-1972
Des Moines, IA 50309-2224   (SF)   susanfryecourtreporting.com

## INVOICE

LEWIS BRISBOIS BISGAARD & SMITH, LLP
ATTN: Seth I. Weinstein, Esq.
77 Water Street
21st Floor
New York, NY 10005

| | | |
|---|---|---|
| **Invoice Number:** | **411050** |
| Invoice Date: | 10/08/2019 |
| Job Number: | 109552 |

In Re:   Hallmark Specialty Insurance Company vs. Phoenix C&D Recycling, Inc., et al.
Witness(s): Hallmark Specialty Insurance Company
Attendance Date: 10/04/2019, 9:45 a.m.
Reporter: Melissa Burns

| Description | Ext |
|---|---|
| Electronic Copy of Hallmark Specialty Insurance Company - Witness Bryan C. Jones | 470.00 |
| Exhibits (Scanned) | 182.40 |
| Rough draft | 352.50 |
| Invoice Total: | 1004.90 |

---

PAYMENT DUE UPON RECEIPT OF INVOICE. WE APPRECIATE YOUR PROMPT
PAYMENT AND THANK YOU FOR YOUR CONTINUED BUSINESS.

---

Tax ID: 39-1879180

# INVOICE

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
Phone:866-624-6221   Fax:215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 550128 | 11/7/2019 | 514170 |

| Job Date | Case No. | |
|---|---|---|
| 10/9/2019 | | |

| Case Name | | |
|---|---|---|
| Hallmark Specialty Insurance v. Phoenix C & D Recycling, Inc., et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Legal
Hallmark Financial Services*
777 Main Street, Suite 1000
Ft Worth, TX  76102

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Tony Colosimo | 67.00 | Pages | @ | 3.88 | 259.96 |
| Video Pages | 65.00 | Pages | @ | 0.50 | 32.50 |
| Attendance (Complimentary) | | | | 0.00 | 0.00 |
| Go Green Lit Package (Complimentary) | | | | 0.00 | 0.00 |
| | | | **TOTAL DUE  >>>** | | **$292.46** |

| | | |
|---|---|---|
| Adjuster Name | : | Lynn Menschenfreund |
| Client Matter No. | : | 27565-131 |
| Claim No. | : | 7320IA065777 |
| Location of Job | : | Des Moines, IA |
| Ordered By | : | Stephen Kovarik, Esq. |
| | | Lewis Brisbois Bisgaard & Smith LLP |
| | | U.S. Bank Tower |
| | | 633 W. Fifth Street |
| | | Suite 4000 |
| | | Los Angeles, CA 90071 |

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**Tax ID:** 20-8474245                                   Phone: 210-949-9109    Fax:

*Please detach bottom portion and return with payment.*

Legal
Hallmark Financial Services*
777 Main Street, Suite 1000
Ft Worth, TX  76102

| | | | | |
|---|---|---|---|---|
| Job No. | : 514170 | BU ID | : Hallmark |
| Case No. | : | | |
| Case Name | : Hallmark Specialty Insurance v. Phoenix C & D Recycling, Inc., et al. | | |
| Invoice No. | : 550128 | Invoice Date | : 11/7/2019 |
| **Total Due** | : **$0.00** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:               Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:    **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA  19182-2804**

# I N V O I C E

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA  19103
Phone:866-624-6221  Fax:215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 550128 | 11/7/2019 | 514170 |
| **Job Date** | **Case No.** | |
| 10/9/2019 | | |
| **Case Name** | | |
| Hallmark Specialty Insurance v. Phoenix C & D Recycling, Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Legal
Hallmark Financial Services*
777 Main Street, Suite 1000
Ft Worth, TX  76102

| | |
|---|---|
| **(-) Payments/Credits:** | 292.46 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 20-8474245

Phone: 210-949-9109   Fax:

*Please detach bottom portion and return with payment.*

Legal
Hallmark Financial Services*
777 Main Street, Suite 1000
Ft Worth, TX  76102

| | | | | |
|---|---|---|---|---|
| Job No. | : 514170 | BU ID | : Hallmark |
| Case No. | : | | |
| Case Name | : Hallmark Specialty Insurance v. Phoenix C & D Recycling, Inc., et al. | | |
| Invoice No. | : 550128 | Invoice Date | : 11/7/2019 |
| **Total Due** | : **$0.00** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  [ ]  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:  **Magna Legal Services LLC
P.O. Box 822804
Philadelphia, PA  19182-2804**

019

# I N V O I C E

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA  19103
Phone:866-624-6221  Fax:215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 550141 | 11/7/2019 | 519562 |

| Job Date | Case No. |
|---|---|
| 10/10/2019 | |

| Case Name |
|---|
| Hallmark Specialty Insurance v. Phoenix C & D Recycling, Inc., et al. |

| Payment Terms |
|---|
| Due upon receipt |

Legal
Hallmark Financial Services*
777 Main Street, Suite 1000
Ft Worth, TX  76102

| | | | | | |
|---|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| 11-Amy Underdosse | 69.00 | Pages | @ | 3.88 | 267.72 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| 3p-Bill Van Cleave | 65.00 | Pages | @ | 3.88 | 252.20 |
| Attendance (Complimentary) | 4.00 | | @ | 0.00 | 0.00 |
| Go Green Lit Package (Complimentary) | | | | 0.00 | 0.00 |

**TOTAL DUE  >>>**                          **$519.92**

| | | |
|---|---|---|
| Adjuster Name | : | Lynn Menschenfreund |
| Client Matter No. | : | 27565-131 |
| Claim No. | : | 7320IA065777 |
| Location of Job | : | Des Moines, IA |
| Ordered By | : | Stephen Kovarik, Esq. |
| | | Lewis Brisbois Bisgaard & Smith LLP |
| | | U.S. Bank Tower |
| | | 633 W. Fifth Street |
| | | Suite 4000 |
| | | Los Angeles, CA 90071 |

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

**Tax ID:** 20-8474245

Phone: 210-949-9109   Fax:

*Please detach bottom portion and return with payment.*

Legal
Hallmark Financial Services*
777 Main Street, Suite 1000
Ft Worth, TX  76102

| | | | | | |
|---|---|---|---|---|---|
| Job No. | : | 519562 | BU ID | : | Hallmark |
| Case No. | : | | | | |
| Case Name | : | Hallmark Specialty Insurance v. Phoenix C & D Recycling, Inc., et al. | | | |
| Invoice No. | : | 550141 | Invoice Date | : | 11/7/2019 |
| **Total Due** | : | **$0.00** | | | |

**PAYMENT WITH CREDIT CARD**          AMEX   [  ]   VISA

Cardholder's Name:

Card Number:

Exp. Date: _____ Phone#:

Billing Address:

Zip: _____ Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA  19182-2804**

# INVOICE

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA  19103
Phone:866-624-6221   Fax:215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 550141 | 11/7/2019 | 519562 |
| **Job Date** | **Case No.** | |
| 10/10/2019 | | |
| **Case Name** | | |
| Hallmark Specialty Insurance v. Phoenix C & D Recycling, Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Legal
Hallmark Financial Services*
777 Main Street, Suite 1000
Ft Worth, TX  76102

WE ACCEPT VISA, MASTERCARD

|  |  |
|---|---|
| (-) Payments/Credits: | 519.92 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **0.00** |

**Tax ID:** 20-8474245

Phone: 210-949-9109    Fax:

*Please detach bottom portion and return with payment.*

Legal
Hallmark Financial Services*
777 Main Street, Suite 1000
Ft Worth, TX  76102

Job No.        : 519562          BU ID        : Hallmark

Case No.       :

Case Name      : Hallmark Specialty Insurance v. Phoenix C & D
                 Recycling, Inc., et al.

Invoice No.    : 550141          Invoice Date  : 11/7/2019

**Total Due**    : **$0.00**

### PAYMENT WITH CREDIT CARD

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone#: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **Magna Legal Services LLC**
            **P.O. Box 822804**
            **Philadelphia, PA  19182-2804**

# I N V O I C E

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA  19103
Phone:866-624-6221  Fax:215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 546600 | 10/29/2019 | 514198 |
| **Job Date** | **Case No.** | |
| 10/10/2019 | | |
| **Case Name** | | |
| Hallmark Specialty Insurance v. Phoenix C & D Recycling, Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Legal
Hallmark Financial Services*
777 Main Street, Suite 1000
Ft Worth, TX  76102

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Paul Norica | 362.00 | Pages | @ | 3.22 | 1,165.64 |
| Exhibit | 67.00 | Pages | @ | 0.15 | 10.05 |
| Attendance (Complimentary) | 7.00 | | @ | 0.00 | 0.00 |
| Go Green Lit Package (Complimentary) | | | | 0.00 | 0.00 |
| Shipping of Exhibits/Exhibit Return | | | | 25.00 | 25.00 |

**TOTAL DUE  >>>**     **$1,200.69**

Adjuster Name      :  Lynn Menschenfreund
Client Matter No.  :  7320IA065777
Claim No.          :  7320IA065777
Location of Job    :  Minneapolis, MN
Ordered By         :  Seth Weinstein, Esq.
                      Lewis Brisbois Bisgaard & Smith LLP
                      77 Water Street, Suite 2100
                      New York, NY 10005

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

**Tax ID:** 20-8474245

Phone: 210-949-9109    Fax:

*Please detach bottom portion and return with payment.*

Legal
Hallmark Financial Services*
777 Main Street, Suite 1000
Ft Worth, TX  76102

| | | | | |
|---|---|---|---|---|
| Job No. | : 514198 | | BU ID | : Hallmark |
| Case No. | : | | | |
| Case Name | : Hallmark Specialty Insurance v. Phoenix C & D Recycling, Inc., et al. | | | |
| Invoice No. | : 546600 | | Invoice Date | : 10/29/2019 |
| **Total Due** | : **$0.00** | | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:              Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **Magna Legal Services LLC**
             **P.O. Box 822804**
             **Philadelphia, PA  19182-2804**

022

# INVOICE

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA  19103
Phone:866-624-6221   Fax:215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 546600 | 10/29/2019 | 514198 |

| Job Date | Case No. |
|---|---|
| 10/10/2019 | |

| Case Name |
|---|
| Hallmark Specialty Insurance v. Phoenix C & D Recycling, Inc., et al. |

| Payment Terms |
|---|
| Due upon receipt |

Legal
Hallmark Financial Services*
777 Main Street, Suite 1000
Ft Worth, TX  76102

WE ACCEPT VISA, MASTERCARD

| | |
|---|---:|
| (-) Payments/Credits: | 1,200.69 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **0.00** |

**Tax ID:** 20-8474245

Phone: 210-949-9109   Fax:

*Please detach bottom portion and return with payment.*

Legal
Hallmark Financial Services*
777 Main Street, Suite 1000
Ft Worth, TX  76102

| | | | |
|---|---|---|---|
| Job No. | : 514198 | BU ID | : Hallmark |
| Case No. | : | | |
| Case Name | : Hallmark Specialty Insurance v. Phoenix C & D Recycling, Inc., et al. | | |
| Invoice No. | : 546600 | Invoice Date | : 10/29/2019 |
| **Total Due** | **: $0.00** | | |

**PAYMENT WITH CREDIT CARD**     AMEX   [ ]   VISA

Cardholder's Name:

Card Number:

Exp. Date:              Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA  19182-2804**

# INVOICE

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
Phone:866-624-6221  Fax:215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 555074 | 11/26/2019 | 519568 |

| Job Date | Case No. | |
|---|---|---|
| 10/11/2019 | | |

| Case Name | | |
|---|---|---|
| Hallmark Specialty Insurance v. Phoenix C & D Recycling, Inc., et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Legal
Hallmark Financial Services*
777 Main Street, Suite 1000
Ft Worth, TX 76102

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Douglas W. Strawn | 109.00 Pages | @ | 3.88 | 422.92 |
| Next Day Delivery | | | | 422.92 |
| Exhibit | 218.00 Pages | @ | 0.15 | 32.70 |
| Attendance (Complimentary) | 9.50 | @ | 0.00 | 0.00 |
| Go Green Lit Package (Complimentary) | | | 0.00 | 0.00 |
| Shipping of Exhibits/Exhibit Return | | | 25.00 | 25.00 |

**TOTAL DUE >>>**            **$903.54**

| | | |
|---|---|---|
| Adjuster Name | : | Lynn Menschenfreund |
| Client Matter No. | : | 27565-131 |
| Claim No. | : | 7320IA065777 |
| Location of Job | : | Des Moines, IA |
| Ordered By | : | Angela Zanin, Esq. |
| | | Lewis Brisbois Bisgaard & Smith LLP |
| | | U.S. Bank Tower |
| | | 633 W. Fifth Street |
| | | Suite 4000 |
| | | Los Angeles, CA 90071 |

Thank you, we appreciate your business!

**Tax ID:** 20-8474245                                                      Phone: 210-949-9109    Fax:

*Please detach bottom portion and return with payment.*

Legal
Hallmark Financial Services*
777 Main Street, Suite 1000
Ft Worth, TX 76102

| | | | | |
|---|---|---|---|---|
| Job No. | : 519568 | BU ID | : Hallmark | |
| Case No. | : | | | |
| Case Name | : Hallmark Specialty Insurance v. Phoenix C & D Recycling, Inc., et al. | | | |
| Invoice No. | : 555074 | Invoice Date | : 11/26/2019 | |
| **Total Due** | **: $917.09** | | | |

### PAYMENT WITH CREDIT CARD

AMEX            VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:    **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA  19182-2804**

024

# INVOICE

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA  19103
Phone:866-624-6221   Fax:215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 555074 | 11/26/2019 | 519568 |
| **Job Date** | **Case No.** | |
| 10/11/2019 | | |
| **Case Name** | | |
| Hallmark Specialty Insurance v. Phoenix C & D Recycling, Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Legal
Hallmark Financial Services*
777 Main Street, Suite 1000
Ft Worth, TX  76102

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 13.55 |
| (=) New Balance: | **917.09** |

**Tax ID:** 20-8474245                                          Phone: 210-949-9109   Fax:

*Please detach bottom portion and return with payment.*

Legal
Hallmark Financial Services*
777 Main Street, Suite 1000
Ft Worth, TX  76102

Job No.          : 519568          BU ID          : Hallmark

Case No.        :

Case Name    : Hallmark Specialty Insurance v. Phoenix C & D
                       Recycling, Inc., et al.

Invoice No.    : 555074          Invoice Date   : 11/26/2019

**Total Due**    : **$917.09**

**PAYMENT WITH CREDIT CARD**          AMEX   MC   VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:    **Magna Legal Services LLC**
                   **P.O. Box 822804**
                   **Philadelphia, PA  19182-2804**

025

**Attachment C**

Fees and Disbursements for Printing

| 11/1/2019 | Alliance Imaging LLC | Court's courtesy copies of Hallmark's Motion for Summary Judgment (2/3 of invoice) | $675.06 |
| 11/4/2019 | Alliance Imaging LLC | Binding for court's courtesy copies of Hallmark's Motion for Summary Judgment (2/3 of invoice) | $121.78 |
| 12/3/2019 | Alliance Imaging, LLC | Court's courtesy copies of Hallmark's Reply in Support of Motion for Summary Judgment and Opposition to Phoenix's Motion for Summary Judgment (2/3 of invoice) | $154.22 |

4848-7517-9699.1

27565-131
American Hallmark Insurance Group
In Re Phoenix C&D Recycling Inc
Date: 11/01/19
WIP Seq#: 671,148,470
Amount: 1,012.60

Vendor: 39111   Alliance Imaging, LLC
Voucher: 2550800   Distribution   6208881
Doc ID: 0002GO3H   Page   1   Distribution Level

## ALLIANCE IMAGING LLC
### DISCOVERY & TRIAL SUPPORT

# Invoice

| Date | Invoice # |
|---|---|
| 11/1/2019 | 19110001 |

| Bill To | Ship To |
|---|---|
| Lewis Brisbois Bisgaard & Smith, LLP<br>Attn: Accounts Payable<br>P.O. Box 86367<br>Los Angeles, CA 90086-0367 | Lewis Brisbois Bisgaard & Smith, LLP<br>Attn: Accounts Payable<br>P.O. Box 86367<br>Los Angeles, CA 90086-0367 |

| Terms | Rep | Date Requested: | Requested By: | Ext. | Floor | Client Matter # |
|---|---|---|---|---|---|---|
| Net 30 | GH | 11/1/2019 | Karina Avina | 7765 | 39th | 27565-131 |

| Item Code | Quantity | Description | Price Each | Amount |
|---|---|---|---|---|
| | | Email | | |
| DP402 | 4,350 | Digital Prints BW - Grade C (Medium Litigation) | 0.10 | 435.00T |
| DP406 | 309 | Digital Prints Color - Grade C  (Medium Litigation) | 0.75 | 231.75T |
| S400 | 462 | Tabs | 0.25 | 115.50T |
| M001 | 3 | Standard Project Management (Hourly Rate) | 47.50 | 142.50T |

ACCOUNTS PAYABLE

NOV 2 6 2019

RECEIVED BY:

| Tax I.D #<br>05-0553445 | Signature / Date | | Sales Tax (9.5%) | $87.85 |
|---|---|---|---|---|
| | *Thank you for your business.* | | **Total** | **$1,012.60** |

611 Wilshire Blvd., Suite #913 Los Angeles, CA 90017 | O: (213) 533-8012  F: (213) 533-8015 | www.allianceimagingllc.com

**27565-131**
**American Hallmark Insurance Group**
**In Re Phoenix C&D Recycling Inc**
Date: 11/04/19
WIP Seq#: 671,148,460

Amount: 182.67

Vendor: 39111 Alliance Imaging, LLC
Voucher: 2550417 Distribution 6207897
Doc ID: 0002GO47 Page 1 Distribution Level

# ALLIANCE IMAGING LLC
*DISCOVERY & TRIAL SUPPORT*

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/4/2019 | 19110013 |

| Bill To: | Ship To |
|----------|---------|
| Lewis Brisbois Bisgaard & Smith, LLP<br>Attn: Accounts Payable<br>P.O. Box 86367<br>Los Angeles, CA 90086-0367 | Lewis Brisbois Bisgaard & Smith, LLP<br>Attn: Accounts Payable<br>P.O. Box 86367<br>Los Angeles, CA 90086-0367 |

| Terms | Rep | Date Requested: | Requested By: | Ext. | Floor | Client Matter # |
|-------|-----|-----------------|---------------|------|-------|-----------------|
| Net 30 | GH | 11/4/2019 | Karina Avina | 7765 | 39th | 27565-131 |

| Item Code | Quantity | Description | Price Each | Amount |
|-----------|----------|-------------|------------|--------|
| B203 | 18 | GBC Comb Binds | 3.99 | 71.82T |
| M001 | 2 | Standard Project Management (Hourly Rate) | 47.50 | 95.00T |

ACCOUNTS PAYABLE

NOV 2 6 2019

RECEIVED BY: _____

| Tax I.D #<br>05-0553445 | Signature / Date | | Sales Tax (9.5%) | $15.85 |
|---|---|---|---|---|
| | *Thank you for your business.* | | **Total** | **$182.67** |

611 Wilshire Blvd., Suite #913 Los Angeles, CA 90017 | O: (213) 533-8012 F: (213) 533-8015 | www.allianceimagingllc.com

028

27565-131
American Hallmark Insurance Group
In Re Phoenix C&D Recycling Inc
Date:         12/03/19
WIP Seq#:     673,910,610

Amount:       231.34

Vendor:       39111   Alliance Imaging, LLC
Voucher:      2561650   Distribution
Doc ID:       0002HOHQ   Page   1   6236209   Distribution Level

# ALLIANCE IMAGING LLC
### DISCOVERY & TRIAL SUPPORT

## Invoice

| Date | Invoice # |
|------|-----------|
| 12/3/2019 | 19120009 |

**Bill To:**
Lewis Brisbois Bisgaard & Smith, LLP
Attn: Accounts Payable
P.O. Box 86367
Los Angeles, CA 90086-0367

**Ship To**
Lewis Brisbois Bisgaard & Smith, LLP
Attn: Accounts Payable
P.O. Box 86367
Los Angeles, CA 90086-0367

| Terms | Rep | Date Requested: | Requested By: | Ext. | Floor | Client Matter # |
|-------|-----|-----------------|---------------|------|-------|-----------------|
| Net 30 | GH | 12/3/2019 | Jeanne Ideno | 3896 | 39th | 27565-131 |

| Item Code | Quantity | Description | Price Each | Amount |
|-----------|----------|-------------|------------|--------|
| | | Stack | | |
| R004 | 1,888 | Photocopying BW - Grade D  (Heavy Litigation) | 0.10 | 188.80T |
| B203 | 3 | GBC Comb Binds | 3.99 | 11.97T |
| S400 | 20 | Tabs | 0.25 | 5.00T |
| S402 | 11 | Tabs - Custom Made | 0.50 | 5.50T |

**RECEIVED**
DEC 23 2019
ACCOUNTS PAYABLE - LA

| | | |
|---|---|---|
| Tax I.D # 05-0553445 | Signature / Date | |
| | Thank you for your business. | Sales Tax (9.5%)   $20.07 |
| | | **Total**   **$231.34** |

611 Wilshire Blvd., Suite #913 Los Angeles, CA 90017 | O: (213) 533-8012 F: (213) 533-8015 | www.allianceimagingllc.com